L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Hyun Ju Hong** | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 25-12068 |

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, **David B. Spitofsky, Esquire**, certify that on **August 18, 2025**, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Second Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: **August 18, 2025**

/s/ David B. Spitofsky, Esquire
**David B. Spitofsky, Esquire 55151**
**Law Office of David B. Spitofsky**
**516 Swede Street**
**Norristown, PA 19401**
**610-272-4555**

spitofskylaw@verizon.net

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

**Kenneth E. West, Esquire**
**Chapter 13 Standing Trustee**
**190 N. Independence Mall West**
**Suite 701**
**Philadelphia, PA 19106**
Via: ☑ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

**United States Trustee**
**Robert N.C. Nix Federal Building**
**900 Market Street**
**Suite 320**
**Philadelphia, PA 19107**
Via: ☑ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

**Andrew L. Spivack, Esquire**
**Brock & Scott, PLLC**
**3825 Forrestgate Drive**
**Winston Salem, NC 27103**
Relationship of Party
Via: ☑ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other:

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Relationship of Party
Via:  ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☑ e-mail:   **John.F. Lindinger@irs.gov**
      ☐ Other:

**Mario Hanyon, Esquire**
**Brock & Scott, PLLC**
**3825 Forrestgate Drive**
**Winston Salem, NC 27103**
Relationship of Party
Via:  ☑ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

**Montgomery County Tax Claim Bureau**
**c/o Michael D. Vagnoni, Esquire**
**Obermayer Rebmann Maxwell & Hippel LLP**
**1500 Market Street, Suite 3400**
**Philadelphia, PA 19102**
Relationship of Party
Via:  ☑ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

**Pennsylvania Department of Revenue**
**Bankruptcy Division**
**P.O. Box 280946**
**Harrisburg, PA 17128-0946**
Relationship of Party
Via:  ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☑ e-mail:   **pvyas@pa.gov**
      ☐ Other:

**Ryan Peter Srnik, Esquire**
**Brock and Scott, PLLC**
**3825 Forrestgate Drive**
**Suite 150**
**Winston Salem, NC 27103**
Relationship of Party
Via:  ☑ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

**Wells Fargo Bank, N.A.**
**MAC# N9286-01Y**
**P.O. Box 1629**
**Minneapolis, MN 55440-9790**
Relationship of Party
Via:  ☐ CM/ECF   ☑ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other:

**Wells Fargo Bank, N.A.**
**Home Equity Group**
**Collections Foreclosure Department**
**P.O. Box 2248**
**Jacksonville, FL 32203**
Relationship of Party
Via:  ☐ CM/ECF   ☑ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
      ☐ Other: